UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SIRSHUN DONTRELL BURRIS,

      Petitioner,                                                          Hon. Robert J. Jonker

v.                                                                                          Case No. 1:22-cv-579

UNITED STATES OF AMERICA,

      Respondent.
_____/

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

      Sirshun Dontrell Burris has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Motion to Clarify – ECF No. 18

      This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Sirshun Dontrell Burris files a signature page (attached) within 21 days of the date of this order.

      IT IS SO ORDERED

Date:  October 25, 2022                                    _____/s/ Ray Kent_____
JM                                                                         RAY KENT
                                                                              U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SIRSHUN DONTRELL BURRIS,

     Petitioner,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

Hon. Robert J. Jonker

Case No. 1:22-cv-579

**SIGNATURE PAGE FOR:**

Motion to Clarify – ECF No. 18

     The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.